In the Matter of the Application for an Order to Strike from the Enrollment Book of the Twenty-seventh Election District of the Twenty-fifth Assembly District in the County of New York the name of JOHN McGUIRE.

LANDON T. DAVIES, Appellant; JOHN R. VOORHIS and Others, Commissioners of the Board of Elections of the City of New York, Respondents.*

First Department, February 15, 1907.

APPEAL by the applicant, Landon T. Davies, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 23d day of November, 1906, denying the appellant's application to strike the name of John McGuire from the enrollment book of the twenty-seventh election district of the twenty-fifth Assembly district in the county of New York.

*James H. Hickey*, for the appellant.

*Theodore Connoly*, for the respondents.

LAUGHLIN, J.:

The material facts presented by this record differ from those presented in the *Matter of Titus* (117 App. Div. 621), argued and decided herewith, only in that the affiant, who asserts the facts positively, resided next door on the same avenue to the number

* See *Matter of Titus* (*ante*, p. 621).— [REP.

First Department, February, 1907.          [Vol. 117.

from which the elector enrolled, and consequently the opinion in that matter is decisive of this appeal.

It follows that the order should be affirmed upon the authority of the opinion in *Matter of Titus.*

PATTERSON, P. J., concurred; CLARKE and INGRAHAM, JJ., dissented.

SCOTT, J. (concurring):

For the reasons stated in *Matter of Titus,* I concur in result.

CLARKE, J. (dissenting):

For the reasons stated in the opinion handed down herewith in *Matter of O'Brien* (117 App. Div. 628), the order appealed from herein should be reversed and the application granted.

INGRAHAM, J., concurred.

Order affirmed.    Order filed.